UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHELLE LOUISE PAPNICK,<br><br>    Defendant. | Case No. CR03-0223-RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 1, 2006. The United States was represented by Assistant United States Attorney Susan M. Roe, and the defendant by Mr. Michael Filipovic. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Importation and Distribution of a Controlled Substance. On or about February 6, 2004, defendant was sentenced by the Honorable Robert S. Lasnik to a term of three (3) day in custody, followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consent to search, no firearms possession, 180 days of electric home monitoring, and financial disclosure.

In a Petition for Warrant or Summons, dated February 3, 2006, U.S. Probation Officer

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Steven R. Gregoryk, asserted the following violation by defendant of the conditions of her supervised release:

    (1)    Using Percocet on January 30, 2006, in violation of standard condition No. 7.

The defendant was advised of the allegations, and advised of her rights. Defendant admitted to the violation, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation No. 7, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik on March 16, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 2nd day of March, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
       AUSA:    Ms. Susan M. Roe
       Defendant's attorney:    Mr. Michael Filipovic
       Probation officer:    Mr. Steven R. Gregoryk